FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
12/9/2015 10:09:28 AM
LISA MATZ
Clerk

Judgment / sentence date _____
Motion for new trial filed _____ No ☐ Yes ☐ Date _____

_____
Deputy District Clerk

THE STATE OF TEXAS

VS.

Lamonte Wesley Brown

CAUSE NO. F 14-34606

292Nd DISTRICT COURT

DALLAS COUNTY, TEXAS

# DEFENDANT'S NOTICE OF APPEAL AND PAUPER OATH
## APPOINTMENT OF ATTORNEY ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Defendant in the above cause and states: I am the defendant in the above cause; I was convicted in this cause and now give Notice of Appeal to the Texas Court of Appeals for the Fifth Supreme Judicial District of Texas of Dallas, Texas, and that I am penniless, destitute and indigent person, too poor to employ counsel to represent me on the appeal, and too poor to pay for or give security for the Statement of Facts and a true copy thereof herein. WHEREFORE, I pray that the Court will appoint an attorney to represent me in this appeal and that the Court will order the Court Reporter of this Court to prepare and deliver me or my appointed Counsel the original and a true copy of the Statement of Facts in this case, together with all exhibits attached thereto if practical.

X _____
Defendant

BEFORE ME, the undersigned authority, personally appeared the above Defendant, known to me to be the person whose signature appears above, and after being duly sworn on oath states that he is the defendant in the above cause, and that the matters and things set forth in the foregoing are true and correct in all things.

Felicia Pitre
District Clerk
Dallas County, Texas

By _____
Deputy District Clerk

## ORDER

The Defendant having requested the Court to appoint Counsel, it is Ordered the Honorable

Michael Casillas Address: 851 S. Riverfront Blvd. Dallas Tx 75207

a regular licensed and practicing attorney of Texas, be, and he/she is hereby appointed to represent Defendant in prosecuting his/her appeal herein, and it is further Ordered that the Court Reporter is hereby directed to transcribe al of the notes as same may appertain to his cause and as taken during the

trial of this cause which began on December 1, 2015 ,                    .

and make Statement of Facts in duplicate and furnish same to defendant or his appointed Counsel.

_____
Judge

FILED

2015 DEC -8 PM 1: 28

FELICIA PITRE
DISTRICT CLERK
DALLAS DISTRICT
_____DEPUTY

Cause Number F14-34606-V

LAMONTE WESLEY BROWN      §      292ND JUDICIAL DISTRICT

V.                        §      COURT OF

THE STATE OF TEXAS        §      DALLAS COUNTY, TEXAS

## NOTICE OF APPEAL

Lamonte Wesley Brown (hereinafter Appellant) was convicted under trial court cause number F14-34606-V in the 292nd Judicial District Court of Dallas County, Texas in a case styled in the trial court as The State of Texas v. Lamonte Wesley Brown. Through his appointed appellate counsel, Michael R. Casillas, Appellant hereby provides notice to the trial court that it his desire to appeal the trial court's judgment of conviction of December 2, 2015. Appellant desires to appeal the trial court's judgment of conviction to the Fifth District Court of Appeals in Dallas, Texas.

Michael R. Casillas, Attorney At Law
SBOT #03967500
351 S. Riverfront Blvd.
Dallas, Texas 75207
214.748.5200
michael@londonlawdfw.com

## CERTIFICATE OF SERVICE

_____Undersigned appointed appellate counsel hereby certifies that a true and correct copy of the foregoing document – in either paper or electronic format – has been served on counsel for the opponent, the State of Texas, by either delivering said copy by hand to the Appellate Division of the Office of the Dallas County District Attorney, 133 N. Riverfront Blvd., LB 19, Dallas, Texas 75207 or by e-mailing said copy to the e-mail address of the said Appellate Division (*i.e.*, DCDAAppeals@dallascounty.org) no later than January 5, 2015.

Michael R. Casillas,
Attorney At Law

Cause No. F14 34606

THE STATE OF TEXAS §
VS. §
*[handwritten] Lamonte Brown* §

IN THE _292_

DISTRICT COURT _____
DALLAS COUNTY, TEXAS

FILED
2015 DEC -2 PM 4:2[_]
FELICIA PITRE
DISTRICT CLERK
DALLAS CO. TEXAS
DEPUTY

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☑ is not a plea-bargain case, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal, [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal, [or]

☐ the defendant has waived the right of appeal, [or]

☐ other (please specify): _____

_____          _12/2/15_____
Judge                                     Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant (if not represented by counsel)
Mailing Address:

Telephone #:
Fax # (if any):

_____
Defendant's Counsel  *Kenneth Fromewky*
State Bar No.: 24093442
Mailing Address: 3901 Arlington Highlands Blvd Ste 224
Arlington TX 76018
Telephone #: 817 344 8563
Fax # (if any): 817 668 0492

* A defendant in a criminal case has the right of appeal under these rules. The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order. In a plea bargain case- --- that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant ---- a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF APPELLATE PROCEDURE 25.2(a)(2).



CASE NO. F-1434606-V
INCIDENT NO./TRN: 9181309937

| THE STATE OF TEXAS | § | IN THE 292nd JUDICIAL DISTRICT |
| | § | |
| V. | § | COURT |
| | § | |
| LAMONTE WESLEY BROWN | § | DALLAS COUNTY, TEXAS |
| | § | |
| STATE ID NO.: TX04777856 | § | |

## JUDGMENT OF CONVICTION BY JURY

| Judge Presiding: | HON. Brandon Birmingham | Date Judgment Entered: | 12/2/2015 |
| Attorney for State: | Summer Elmazi | Attorney for Defendant: | Kenneth Fomenky |

Offense for which Defendant Convicted:
**AGGRAVATED SEXUAL ASSAULT OF A CHILD**

| Charging Instrument: | Statute for Offense: |
| **INDICTMENT** | **22.021 Penal Code** |

Date of Offense:
**6/1/2014**

| Degree of Offense: | Plea to Offense: |
| **1ST DEGREE FELONY** | **NOT GUILTY** |

| Verdict of Jury: | Findings on Deadly Weapon: |
| **GUILTY** | **N/A** |

| Plea to 1st Enhancement Paragraph: | **N/A** | Plea to 2nd Enhancement/Habitual Paragraph: | **N/A** |
| Findings on 1st Enhancement Paragraph: | **N/A** | Findings on 2nd Enhancement/Habitual Paragraph: | **N/A** |

| Punishment Assessed by: | Date Sentence Imposed: | Date Sentence to Commence: |
| **COURT** | **12/2/2015** | **12/2/2015** |

| Punishment and Place of Confinement: | **30 YEARS INSTITUTIONAL DIVISION, TDCJ** |

THIS SENTENCE SHALL RUN **CONCURRENTLY.**

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| Fine: | Court Costs: | Restitution: | Restitution Payable to: |
| **$ 5005.00** | **$ 599.00** | **$ N/A** | (see below) ☐ AGENCY/AGENT ☐ VICTIM |

☐ Attachment A, Order to Withdraw Funds, is incorporated into this judgment and made a part hereof.

Sex Offender Registration Requirements apply to the Defendant. TEX. CODE CRIM. PROC. chapter 62.

The age of the victim at the time of the offense was **5 years**.

| Time Credited: | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
| | From **10/7/2014** to **12/2/2015**  From  to  From  to |
| | From  to  From  to  From  to |
| | If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below. |
| | **N/A DAYS   NOTES: N/A** |

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

This cause was called for trial in Dallas County, Texas. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.



It appeared to the Court that Defendant was mentally competent and had pleaded as shown above to the charging instrument. Both parties announced ready for trial. A jury was selected, impaneled, and sworn. The INDICTMENT was read to the jury, and Defendant entered a plea to the charged offense. The Court received the plea and entered it of record.

The jury heard the evidence submitted and argument of counsel. The Court charged the jury as to its duty to determine the guilt or innocence of Defendant, and the jury retired to consider the evidence. Upon returning to open court, the jury delivered its verdict in the presence of Defendant and defense counsel, if any.

The Court received the verdict and **ORDERED** it entered upon the minutes of the Court.

### Punishment Assessed by Jury / Court / No election  (select one)

☐ **Jury.** Defendant entered a plea and filed a written election to have the jury assess punishment. The jury heard evidence relative to the question of punishment. The Court charged the jury and it retired to consider the question of punishment. After due deliberation, the jury was brought into Court, and, in open court, it returned its verdict as indicated above.

☒ **Court.** Defendant elected to have the Court assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

☐ **No Election.** Defendant did not file a written election as to whether the judge or jury should assess punishment. After hearing evidence relative to the question of punishment, the Court assessed Defendant's punishment as indicated above.

The Court **FINDS** Defendant committed the above offense and **ORDERS, ADJUDGES AND DECREES** that Defendant is **GUILTY** of the above offense. The Court **FINDS** the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court **ORDERS** Defendant punished as indicated above. The Court **ORDERS** Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options  (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court **ORDERS** the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court **ORDERS** Defendant to be confined for the period and in the manner indicated above. The Court **ORDERS** Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court **ORDERS** that upon release from confinement, Defendant proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court **ORDERS** Defendant immediately committed to the custody of the Sheriff of Dallas County, Texas on the date the sentence is to commence. Defendant shall be confined in the Dallas County Jail for the period indicated above. The Court **ORDERS** that upon release from confinement, Defendant shall proceed immediately to the Dallas County District Clerk Felony Collections Department. Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY.** The Court **ORDERS** Defendant to proceed immediately to the Office of the Dallas County District Clerk Felony Collections Department. Once there, the Court **ORDERS** Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence  (select one)

☒ The Court **ORDERS** Defendant's sentence **EXECUTED.**

☐ The Court **ORDERS** Defendant's sentence of confinement **SUSPENDED.** The Court **ORDERS** Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court **ORDERS** that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

**The Court ORDERS Defendant to apply for an original or renewed Texas Driver's License or personal identification certificate not later than 30 days after release from confinement or upon receipt of written notice from the Texas Department of Public Safety (DPS). The Court further ORDERS Defendant to annually renew the license or certificate. The DPS shall place an indication on the Defendant's driver's license or personal identification certificate that the Defendant is subject to the sex offender registration requirements. The Court ORDERS the clerk of the Court to send a copy of this order to the DPS and to Defendant. TEX. CODE CRIM. PROC. art. 42.016**

X _____
Brandon Birmingham
JUDGE PRESIDING

Clerk: SMINTER

Cause Number F14-34606-V

FILED
2015 DEC -8 PM 1:28
FELICIA TRE...
DISTR... CLERK
...TEXAS
DEPUTY

| | | |
|---|---|---|
| LAMONTE WESLEY BROWN | § | 292ND JUDICIAL DISTRICT |
| V. | § | COURT OF |
| THE STATE OF TEXAS | § | DALLAS COUNTY, TEXAS |

## MOTION FOR NEW TRIAL

Lamonte Wesley Brown (hereinafter Brown) was convicted under trial court cause number F14-34606-V in the 292nd Judicial District Court of Dallas County, Texas in a case styled in the trial court as The State of Texas v. Lamonte Wesley Brown. Through his appointed appellate counsel, Michael R. Casillas, Brown hereby moves to be granted a new trial under the relevant provisions of the Texas Rules of Appellate Procedure because of serious legal error that impacted Brown's substantial rights in not only the guilt/innocence portion of the trial court proceedings, but also the punishment phase proceedings thereof.

In support of his contentions, Brown would show the Court as follows:

### I.

The Texas Rules of Appellate Procedure expressly permit a defendant in Brown's position to file a motion seeking a new trial. *See* Tex. R. App. P. 21. While Texas law formerly prohibited trial courts from granting defendants in Brown's position new trials only as to punishment, the Texas Rules of Appellate Procedure

specifically permit trial courts to grant new trials either as to the entirety of the trial or as to punishment only. *See* Tex. R. App. P. 21.1(a)-(b); Tex. R. App. P. 21.9(a). Texas jurisprudence has recognized that trial courts may grant defendants in Brown's position new trials not only on the grounds specifically listed in the Texas Rules of Appellate Procedure, but also under the aegis of being "in the interest of justice." State v. Thomas, 428 S.W.3d 99, 104-07 (Tex. Crim. App. 2014); *see* Tex. R. App. P. 21.3(a)-(h); State v. Herndon, 215 S.W.3d 901, 907 (Tex. Crim. App. 2007).

By rule of appellate procedure and principles of jurisprudence, a defendant in Brown's position may move for a new trial based on the grounds that the verdict is contrary to the law and the evidence. *See* Tex. R. App. P. 21.3(h); State v. Zalman, 400 S.W.3d 590, 594 (Tex. Crim. App. 2013); Bogan v. State, 180 S.W. 247, 248 (Tex. Crim. App. 1915). Accordingly, Brown hereby moves for a new trial because the verdict of the jury is contrary to the law and the evidence, especially in light of the manner in which witness testimony was shown to have changed and the manner in which witness testimony was discredited during the proceedings in the trial court. *See* Tex. R. App. P. 21.3(h); Zalman, 400 S.W.3d at 594; Bogan, 180 S.W. at 248.

## II.

WHEREFORE, PREMISES CONSIDERED, Brown prays that this Court will grant Brown's instant motion for new trial.

/s/Michael R. Casillas    *M.R.C.*

Michael R. Casillas, Attorney At Law
SBOT #03967500
351 S. Riverfront Blvd.
Dallas, Texas 75207
214.748.5200
michael@londonlawdfw.com

## TRIAL COURT'S ACKNOWLEDGMENT OF PRESENTMENT OF INSTANT MOTION FOR NEW TRIAL

By affixing my signature below and also indicating the date upon which said aforementioned signature was affixed, I, the Hon. Brandon Birmingham, the duly-elected judge of the 292nd Judicial District Court of Dallas County, Texas do hereby acknowledge that a true and correct copy of the instant Motion For New Trial was presented to me by counsel for Lamonte Wesley Brown.

_____
The Hon. Brandon Birmingham,
Presiding Judge
292nd Judicial District Court
Dallas County, Texas

_____
Date of Presentment and Signing

## CERTIFICATE OF SERVICE

Undersigned appointed appellate counsel hereby certifies that a true and correct copy of the foregoing document – in either paper or electronic format – has been served on counsel for the opponent, the State of Texas, by either delivering said copy by hand to either a Dallas County Assistant District Attorney prosecutor assigned to the trial court ldren Unit of the Dallas County District Attorney's Office or to the Appellate Division of the Office of the Dallas County District Attorney, 133 N. Riverfront Blvd., LB 19, Dallas, Texas 75207 or by e-mailing said copy to the e-mail address of the said Appellate Division (*i.e.*, DCDAAppeals@dallascounty.org) no later than December 31, 2015.

/s/Michael R. Casillas
Michael R. Casillas,
Attorney At Law